## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN JERAMEN ROVIRA MEDINA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, JAMES YEAGER, Individually and In His Official Capacity as a Police Officer for the City of Philadelphia's Police Department and JOHN DOES 1-10** | : : : : : : | **NO. 19-5092** |

## ORDER

**NOW,** this 18th day of November, 2020, upon consideration of the defendant City of Philadelphia's Motion for Summary Judgment (Document No. 16) and the plaintiff's opposition (Document No. 17), it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** as follows:

1. The plaintiff shall conduct all discovery on his *Monell* claim no later than January 15, 2021.

2. The defendant City shall produce to the plaintiff's counsel defendant James Yeager's personnel file within two weeks of the date of this Order.

3. The City may renew its summary judgment motion no later than January 29, 2021.

4. If the plaintiff intends to withdraw his *Monell* claim, he shall file a stipulation of withdrawal no later than January 15, 2021.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.